639 A.2d 1087

Keshawn WILLIAMS

v.

STATE of Maryland.

No. 116, Sept. Term, 1993.

Court of Appeals of Maryland.

April 19, 1994.

John L. Kopolow, Asst. Public Defender (Stephen E. Harris, Public Defender, Susan L. Jordan, Asst. Public Defender, all on brief), Baltimore, for petitioner.

Mary Ellen Barbera, Asst. Atty. Gen. (J. Joseph Curran, Jr., both on brief), Baltimore, for respondent.

Argued before MURPHY, C.J., RODOWSKY, CHASANOW, KARWACKI, BELL and RAKER, JJ., and CHARLES E. ORTH, Jr.,* Judge of the Court of Appeals (retired) and Specially Assigned.

—————

* Orth, J., retired, and specially assigned, participated in the hearing and conference of this case but died prior to the adoption and filing of this order.

**536**

### ORDER

**PER CURIAM.**

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 19th day of April, 1994

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.